# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Kenneth Negron Medina<br>DEFENDANT(S). | CASE NUMBER<br>2:23-MJ-06084-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __the Government_____, IT IS ORDERED that a detention hearing is set for __November 30_____, __2023____, at __2:00____ ☐a.m. / ☒p.m. before the Honorable __Stephanie S. Christensen_____, in Courtroom __790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: November 28, 2023

_____
U.S. District Judge/Magistrate Judge